IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-cr-00186-MHT |
| | ) | (WO) |
| YVETTE TEMPLE | ) | |

**FORFEITURE MONEY JUDGMENT**

Before the court is the government's motion for a forfeiture money judgment (Doc. 54) in the amount of $20,353.04 filed on November 13, 2023.

Being fully advised of the relevant facts, the court hereby finds that the defendant, Yvette Temple, obtained at least $20,353.04 in proceeds from the conspiracy to commit bank fraud, to which she pled guilty.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that for good cause shown, the government's motion is granted.

It is further ORDERED that, pursuant to 18 U.S.C. § 982(a)(2)(A) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $20,353.04.

It is further ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the forfeiture

money judgment.

DONE this 24th day of June, 2024.

                                                                               /s/ Myron H. Thompson
                                                    UNITED STATES DISTRICT JUDGE