IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:23cr186-MHT
                            )             (WO)
YVETTE TEMPLE               )
```

**SUPPLEMENTAL ORDER ON TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE**

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Yvette Temple to receive substance-abuse and mental-health treatment consistent with the recommendations of Dr. Ashlee Zito. *See* Forensic Psychological Evaluation (Doc. 150-1). In addition to arranging for defendant Temple to participate in a treatment program for substance abuse, the Probation Office shall also ensure that she participates in Alcoholics Anonymous, Narcotics Anonymous, or another similar program, with a sponsor.

The mental-health treatment shall be provided by an individual or individuals with expertise in depression, anxiety, and trauma, as well as marriage and family therapy.  Any treatment provider shall be sensitive to defendant Temple's increased risk of suicidality, and the Probation Office shall seriously monitor this concern as well.  The mental-health treatment shall consist of individual psychotherapy to achieve symptom stability, improve the regular use of appropriate coping skills, and assist with maintaining sobriety.  The treatment shall also assist defendant Temple in dealing with her husband and any abusive behavior from him.  Other therapeutic goals may include processing all the loss in defendant Temple's life, especially that of her father, and processing any other distressing trauma she has experienced.  The treatment shall also include assessing or reassessing defendant Temple for PTSD.  The treatment should occur at least

twice per month until the provider determines that treatment is no longer needed.

(2) Defendant Temple shall also remain under the care of a psychiatric provider to monitor her medications and whether she needs any medications at all.

(3) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Temple is faring.

(4) The United States Probation Office shall ensure that, prior to beginning treatment, any mental-health practitioner treating defendant Temple receives a copy of the psychological evaluation conducted by Dr. Ashlee Zito (Doc. 150-1).

DONE, this the 24th day of June, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE